UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER,<br><br>    *Plaintiff*,<br><br>        v.<br><br>30-02 ASSOCIATES LLC and LIGHTSTONE REAL ESTATE INCOME TRUST INC.,<br><br>    *Defendants*. | 18-cv-05318 (JBW)(SJB)<br><br>**Rule 7.1 Corporate Disclosure Statement** |

       Pursuant to Federal Rule of Civil Procedure 7.1, Defendant 30-02 Associates LLC, by its undersigned counsel Schlam Stone & Dolan LLP, certifies that it has no parent corporation and that there is no publicly held corporation owning 10% or more of its stock.

Dated: New York, New York
        November 15, 2018

                                                  Respectfully submitted,

                                                  **SCHLAM STONE & DOLAN LLP**

                                                  By:    s/ Elizabeth Wolstein
                                                            Elizabeth Wolstein
                                                  26 Broadway
                                                  New York, New York 10004
                                                  Telephone:  (212) 344-5400
                                                  Facsimile:   (212) 344-7677
                                                  ewolstein@schlamstone.com
                                                  *Attorneys for Defendants*

**TO**:  (By ECF Filing)
       All Counsel of Record