

Douglas B. Lipsky - Partner

630 Third Avenue, Fifth Floor
New York, New York 10017
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

February 20, 2019

VIA ECF
The Honorable Sanket J. Bulsara, U.S.M.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East, Courtroom 324N
Brooklyn, New York11 201

     Re:    Fischler v. 30-02 Associates LLC, *et al.*, 1:18-cv-5318 (JBW)(SJB)

Dear Magistrate Judge Bulsara:

    This firm represents Plaintiff Brian Fischler. We submit this letter on behalf of all parties to advise the Court a settlement has been reached, resolving this matter. The parties, accordingly, respectfully request (i) this matter be dismissed and discontinued without costs, and without prejudice to Plaintiff's right to open the action within thirty days of the Court's Order if the settlement is not consummated, and (ii) all existing deadlines and court conferences be adjourned *sine die*, including the March 13, 2019, 10:00 a.m. Initial Conference.

    We appreciate the Court's consideration of these requests.

Respectfully submitted,
LIPSKY LOWE LLP


s/ Douglas B. Lipsky
Douglas B. Lipsky


CC:    Elizabeth Wolstein (Via ECF)