Case 1:18-cv-05318-JBW-SJB Document 19 Filed 04/22/19 Page 1 of 1 PageID #: 60
DocuSign Envelope ID: 0AFF4D1C-FD20-4DB3-9361-DCA1AD6E65FB
Case 1:18-cv-05318-JBW-SJB Document 18 Filed 04/15/19 Page 1 of 1 PageID #: 59

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>30-02 ASSOCIATES LLC AND LIGHTSTONE REAL ESTATE INCOME TRUST INC.,<br><br>Defendants. | ECF CASE<br><br>No.: 1:18-cv-5318(JBW)(SJB) |

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 22 2019 ★

BROOKLYN OFFICE

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear their own fees and costs.

Dated: April 3 2019
New York, New York

_____
Douglas B. Lipsky
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, NY 10017-6705
212.392.4772
Doug@lipskylowe.com
*Attorneys for Plaintiff Fischler*

Dated: April 15 2019
New York, New York

_____
Elizabeth Wolstein
SCHLAM STONE & DOLAN LLP
26 Broadway
New York, New York 10004
212.344.5400
Ewolstein@schlamstone.com
*Attorneys for Defendants*

Close the case
So ordered
Jack B. Weinstein
4/16/19